IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| SHAQUAN GUILFORD, | § | |
| | § | No. 360, 2025 |
| Defendant Below, | § | |
| Appellant, | § | Court Below–Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | Cr. ID No. 2202008181 (N) |
| STATE OF DELAWARE, | § | |
| | § | |
| Appellee. | § | |
| | § | |

Submitted: November 25, 2025
Decided: December 9, 2025

### ORDER

(1) On August 20, 2025, the appellant, Shaquan Guilford, filed a document indicating that he wanted to appeal the Superior Court's August 1, 2025 order denying his motions for postconviction relief and correction of illegal sentence. Enclosing the required forms, the Senior Court Clerk sent letters to Guilford directing him to submit a completed official Form A notice of appeal and to pay the filing fee or file a motion and affidavit to proceed *in forma pauperis* by September 4, 2025. On September 10, 2025, the Chief Deputy Clerk sent another letter directing Guilford to file an official Form A notice of appeal and to either file a motion and affidavit to proceed *in forma pauperis* or pay the filing fee—all by September 24, 2025—or a notice to show cause would issue.

(2)     On September 29, 2025, the Chief Deputy Clerk issued a notice, sent by certified mail, directing Guilford to show cause why this appeal should not be dismissed for his failure to file an Official Form A and his failure to pay the Supreme Court filing fee or file a motion to proceed *in forma pauperis*.  Guilford did not respond to the notice to show cause but filed an incomplete motion to proceed *in forma pauperis* on October 16, 2025.  The Senior Court Clerk sent another letter to Guilford directing him to file a completed, signed, and notarized motion to proceed *in forma pauperis* and an Official Form A by October 31, 2025.  On November 10, 2025, the Chief Deputy Clerk issued, by certified mail, another notice directing Guilford to show cause why this appeal should not be dismissed for his failure to file an Official Form A and his failure to pay the Supreme Court filing fee or file a motion to proceed *in forma pauperis*. Guilford received the notice on November 13, 2025.  A timely response to the notice to show cause was due on or before November 24, 2025.  To date, Guilford has not paid the Supreme Court filing fee; filed a completed, signed, and notarized motion to proceed *in forma pauperis*; filed an Official Form A; or responded to the notice to show cause.  Dismissal of this action is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS HEREBY ORDERED that the appeal be DISMISSED under Supreme Court Rules 3(b)(2) and 29(b).

BY THE COURT:

*/s/ Karen L. Valihura*
Justice